```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

RG GOLF WAREHOUSE, INC.,

    Plaintiff,

v.                        Case No: 2:17-cv-695-FtM-29MRM

THE GOLF WAREHOUSE, INC.,

    Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file. On August 7, 2018, plaintiff filed an Amended Complaint (Doc. #46). As this is now the operative pleading in the case, defendant's Motion to Dismiss (Doc. #6) will be denied as moot.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Dismiss (Doc. #6) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this 8th day of August, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record